Raymond Lazarich, Plaintiff-Appellant, v. Della Zadeika, Defendant-Appellee.

Gen. No. 51,685.

First District, Fourth Division.

December 8, 1966.

Hanley and Land, of Lansing, for appellant; no appearance made for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.